IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS HURT, | ) Civil Action No. 19-653 |
| Plaintiff, | ) |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| ALLEGHENY COUNTY MEDICAL STAFF, *et al.*, | ) |
| Defendants. | ) |

# ORDER

Defendants Allegheny County Bureau of Corrections, Allegheny County Medical Staff, Orlando Harper, Zachary McGuire and Radaci have filed a Motion to Dismiss for Failure to State a Claim. (ECF No. 25.) In that Motion, Defendants argue, *inter alia*, that Plaintiff's claims should be dismissed because he failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a). **THE PARTIES ARE HEREBY NOTIFIED THAT THE PENDING MOTION WILL BE TREATED AS A MOTION FOR SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 WITH RESPECT TO THE ISSUE OF PLAINTIFF'S EXHAUSTION OF ADMINISTRATIVE REMEDIES**. *See* Renchenski v. Williams, 622 F.3d 315 (3d Cir. 2010).

Plaintiff is advised that in treating the Motion to Dismiss as a Motion for Summary Judgment on this issue, it will be evaluated under the standard set forth in Rule 56 of the Federal Rules of Civil Procedure. Plaintiff will be given an opportunity to respond to Defendants'

argument that he failed to exhaust his administrative remedies, including any additional arguments Defendants raise in support of dismissal of Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(b)(6), and he is on notice that the failure to respond to the pending Motion may result in the entry of judgment against him.

**AND NOW,** this 5th day of February, 2020**;**

**IT IS HEREBY ORDERED** that the Court's Order dated February 3, 2020 that directed Plaintiff to file his response to the pending Motion to Dismiss or an amended complaint by February 24, 2020 is **VACATED**.

**IT IS HEREBY ORDERED** that no formal discovery, such as interrogatories, requests for production or requests for admission will be allowed in this case without leave of court. However, no later than **February 19, 2020**, Defendants shall provide Plaintiff with all grievances and appeals or other similar documents in its possession concerning the alleged incident or incidents at issue in the Amended Complaint, *if said documents exist and have not already been provided to Plaintiff*.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **March 20, 2020**, to respond to Defendants' Motion or file a second amended complaint.

**IT IS FURTHER ORDERED** that **no extensions** will be granted without just cause.

**IT IS FURTHER ORDERED** that Plaintiff is advised that his response to the Motion converted into Summary Judgment may include opposing or counteraffidavits (executed by the Plaintiff or other persons) which have either been sworn to under oath (notarized) or include at the end of the document, immediately before Plaintiff's signature, the following in accordance with 28 U.S.C. § 1746: "I declare under penalty of perjury that the foregoing is true and correct.

2

Executed this ___ day of _____ , 20___."

**IT IS FURTHER ORDERED** that all affidavits, opposing or counteraffidavits must be based upon the personal knowledge of the person executing the affidavit; that no affidavit, amended complaint, pretrial narrative or other document containing Plaintiff's allegations will be considered when determining the motion for summary judgment unless it has been notarized before a notary public or unless it contains a declaration under penalty of perjury as set forth above; that Plaintiff may attach to his affidavits copies of any depositions, answers to interrogatories, institutional records or other documents he wishes this court to consider when addressing the summary judgment motion; and that the motion for summary judgment will be evaluated under the procedure standard set forth in Rule 56 of the Federal Rules of Civil Procedure; and that failure to respond may result in entry of judgment against him.

**IT IS FURTHER ORDERED** that should Plaintiff fail to comply with this order, the Motion will be decided without the benefit of Plaintiff's response and the Court will consider dismissal of this action for failure to prosecute.

**IT IS FURTHER ORDERED** that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and the Local Rules of Court, the parties are allowed fourteen (14) days from the date of issuance of this Order to file an appeal to the District Judge, which includes the basis for objection to this Order. Any party opposing the appeal shall have fourteen (14) days from the date of service of the notice of appeal to respond thereto. Failure to file a timely notice of appeal will constitute a waiver of any appellate rights.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Julius Hurt
#186192
Allegheny County Jail
950 Second Ave.
Pittsburgh, PA   15219

Counsel of record
(*Via CM/ECF electronic mail*)